Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:   16−24790−KCF
                    Chapter:  13
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ralph P. Netta
   147 Linda Lane
   Edison, NJ 08820

Social Security No.:
   xxx−xx−1630

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          10/17/16
Time:         10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 2, 2016
JJW: gan

                                                James J. Waldron
                                               Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Ralph P. Netta  
    Debtor

Case No. 16-24790-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 02, 2016  
                Form ID: 132     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2016.

```
db             +Ralph P. Netta,    147 Linda Lane,    Edison, NJ 08820-4509
516319168       Angela Shih Liao,    61-30 Auton Street,    Rego Park, NY 11374
516319169      +Arthur M. Greenwald,    C/O Michael S. Harrison, Esq.,    3155 Route 10 East,    Suite 214,
                 Denville, NJ 07834-3430
516319170      +Bob Hering,    c/o Bob Smith & Associates,    216 Stelton Road,    Suite B-1,
                 Piscataway, NJ 08854-3284
516319171      +Century 21 Main Street Realty, Inc.,    239 Main Street,    Woodbridge, NJ 07095-1917
516319172      +Century 21 Nain Street Realty, Inc.,    239 Main Street,    Woodbridge, NJ 07095-1917
516319173      +Colonia Home Center,    73 Ashford Drive,    Plainsboro, NJ 08536-3640
516319174      +Dr. Joseph Muscatiello,    C/o Mongeello, Marshall & Scialabba,LLC,    1550 Park Avenue,
                 South Plainfield, NJ 07080-5565
516319175      +Dr. Linda Neri,    225 May Street,    Suite B,    Edison, NJ 08837-3266
516319176      +Filson Corporation,    c/o NCAM Business Credit Services,    PO BOX 21966,
                 910 SW Spokane St., Buildig A,    Seattle, WA 98134-1125
516319177      +Geomatrix Enterprises DBA Bomer Gear,    c/o Vogel & Gast,    10 Johnson Drive,
                 Plainfield, NJ 07069-4905
516319178      +Honda Financial Services,    c/o MRS Associates,    1930 Olney Avenue,
                 Cherry Hill, NJ 08003-2016
516319179      +Kishore Ramchandani, MD,    c/o Michael Harrison, Esq.,    3155 Route 10 East,    Suite 214,
                 Denville, NJ 07834-3430
516319180      +Lab Saftey Supply, Inc,    c/o Goldman & Warshaw, PC,    34 Maple Avenue,    PO BOX 106,
                 Pine Brook, NJ 07058-0106
516319181      +Liberty Mountain,    c/o Barr Credit Services, Inc.,    5151 E Broadway, Blvd.,    Suite 800,
                 Tucson, AZ 85711-3775
516319182      +Maggie Netta,    147 Linda Lane,    Edison, NJ 08820-4509
516319183      +Mammut Sports Group, Inc,    C/O Fein, Such, Kahn & Shepar,    7 Century Drive,
                 Parsippany, NJ 07054-4603
516319184      +Nayna Patel,    1381 US 1 South,    Edison, NJ 08837-2520
516319185      +Nordstrom Bank,    C/O Sentry Credit, Inc.,    2809 Grand Avenue,    Everett, WA 98201-3417
516319186      +Ops 9, LLC,    C/O David Faloni, Jr. Esq.,    165 Passaic Avenue,    Suite 301B,
                 Fairfield, NJ 07004-3592
516319187       Ping Wang,    c/o Indink & McNamara, PC,    Princeton Park Corporate Center,    Suite 203,
                 Monmouth Junction, NJ 08852
516319188      +Select Portfolio,    Attn Bankruptcy Dept,    PO BOX 65250,    Salt Lake City, UT 84165-0250
516319190      +Surgical Practices Asociates,    C/O Pressler & Pressler.LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516319191      +Westgatesquare II Condominium Associatio,    C/O Judith A. Fallat, Esq.,    92 Broadway,
                 Suite 201,    Denville, NJ 07834-2733
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2016 00:26:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2016 00:26:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516319166      +E-mail/Text: dkretschmer@bchaselaw.com Aug 03 2016 00:26:34
                 ACB Receivables Management, Inc.,    c/o Bart A. Chase, Esq.,    PO BOX 871,
                 Summit, NJ 07902-0871
516319185      +E-mail/Text: compliance@sentrycredit.com Aug 03 2016 00:27:40      Nordstrom Bank,
                 C/O Sentry Credit, Inc.,    2809 Grand Avenue,    Everett, WA 98201-3417
516319189      +E-mail/Text: clientservices@simonsagency.com Aug 03 2016 00:27:34      Summit Medical Group, Pa,
                 c/o Simon's Agency, Inc.,    4963 Wintersweet Drive,    Liverpool, NY 13088-2176
                                                                                              TOTAL: 5
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516319167    ##+Air-Opedic Shoe Shop, Inc d/b/a Scotts,    109 Quimby St.,    Westfield, NJ 07090-2170
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 02, 2016
                              Form ID: 132             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2016 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Dennis M. Mahoney    on behalf of Debtor Ralph P. Netta dmmahoneypa@aol.com
                                                                                  TOTAL: 2
```