Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–24790–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ralph P. Netta
147 Linda Lane
Edison, NJ 08820

Social Security No.:
xxx–xx–1630

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on August 1, 2016 and a confirmation hearing on such Plan has been scheduled for January 25, 2017.

The debtor filed a Modified Plan on January 18, 2017 and a confirmation hearing on the Modified Plan is scheduled for February 22, 2017 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: January 20, 2017
JAN: wdr

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 16-24790-KCF
Ralph P. Netta                                                     Chapter 13
                    Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2          Date Rcvd: Jan 20, 2017
                              Form ID: 186                 Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
db             +Ralph P. Netta,    147 Linda Lane,    Edison, NJ 08820-4509
516319168       Angela Shih Liao,    61-30 Auton Street,    Rego Park, NY 11374
516319169      +Arthur M. Greenwald,    C/O Michael S. Harrison, Esq.,    3155 Route 10 East,    Suite 214,
                 Denville, NJ 07834-3430
516443602      +Bank of America,    First Source Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
516319170      +Bob Hering,    c/o Bob Smith & Associates,    216 Stelton Road,    Suite B-1,
                 Piscataway, NJ 08854-3284
516548988       C/O Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
516443603       Central Jersey Pathology Assoc.,    PO BOX 22381,    Edison, NJ 08818-2238
516481389      +Century 21 Main St Realty Inc,    Att: Barbara Fein,    20000 Horizon Way Ste 900,
                 Mt Laurel, NJ 08054-4318
516319171      +Century 21 Main Street Realty, Inc.,    239 Main Street,    Woodbridge, NJ 07095-1917
516319172      +Century 21 Nain Street Realty, Inc.,    239 Main Street,    Woodbridge, NJ 07095-1917
516319173      +Colonia Home Center,    73 Ashford Drive,    Plainsboro, NJ 08536-3640
516443604       Comprehensive Surgical Assoc.,    Williams Alexander & Assoc.,    POB 2148,
                 Wayne, NJ  07474-2148
516443605      +Direct TV,    First Nat'l Coll. Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
516443606      +Dr. Harold E. Chung-Loy,    Savit,    46 C West Ferris St., POB 250,
                 E. Brunswick, NJ 08816-0250
516319174      +Dr. Joseph Muscatiello,    C/o Mongeello, Marshall & Scialabba,LLC,    1550 Park Avenue,
                 South Plainfield, NJ 07080-5565
516319175      +Dr. Linda Neri,    225 May Street,    Suite B,   Edison, NJ 08837-3266
516443607      +Eastern Mountain Sports,    OPSQ, LLC,    Trident Asset Mgmt., LLC,    POB 888424,
                 Atlanta, GA 30356-0424
516443608      +Edison Neurologic Assoc., PA,    34-36 Progress St.,    Edison, NJ 08820-1197
516443609      +Edison Radiology Grp.,    On Line Collections,    POB 1489,    Winterville, NC 28590-1489
516443610       Edison Radiology Grp., PA,    POB 2187,    Edison, NJ 08818-2187
516319176      +Filson Corporation,    c/o NCAM Business Credit Services,    PO BOX 21966,
                 910 SW Spokane St., Buildig A,    Seattle, WA 98134-1125
516374257      +Filson Corporation,    NACM Business Credit Services,    910 SW Spokane St Bldg A,
                 Seattle, WA 98134-1125
516319177      +Geomatrix Enterprises DBA Bomer Gear,    c/o Vogel & Gast,    10 Johnson Drive,
                 Plainfield, NJ 07069-4905
516443611       Hematology Oncology Consults.,    2110 Oak Tree Rd.,    Edison, NJ  08820-1404
516319178      +Honda Financial Services,    c/o MRS Associates,    1930 Olney Avenue,
                 Cherry Hill, NJ 08003-2016
516443614      +JFK Medical Center,    Rubin & Raine of NJ, LLC,    Cranberry Commons,    446 Rt. 35, Bldg. C,
                 Eatontown, NJ 07724-4290
516443615       JP Morgan Chase,    Plaza Station,    POB 2769,    NY, NY 10116-2769
516443612       James Street Anesthisa,    Central Jersey Adj. Corp.,    POB 189,    Fanwood, NJ  07023-0189
516443613       James Street Anesthsia,    POB 824847,    Philadelphia, PA 19182-4847
516319179      +Kishore Ramchandani, MD,    c/o Michael Harrison, Esq.,    3155 Route 10 East,    Suite 214,
                 Denville, NJ 07834-3430
516319180      +Lab Saftey Supply, Inc,    c/o Goldman & Warshaw, PC,    34 Maple Avenue,    PO BOX 106,
                 Pine Brook, NJ 07058-0106
516319181      +Liberty Mountain,    c/o Barr Credit Services, Inc.,    5151 E Broadway, Blvd.,    Suite 800,
                 Tucson, AZ 85711-3775
516319182      +Maggie Netta,    147 Linda Lane,    Edison, NJ 08820-4509
516319183      +Mammut Sports Group, Inc,    C/O Fein, Such, Kahn & Shepar,    7 Century Drive,
                 Parsippany, NJ 07054-4603
516443616      +Mid Jersey Autho Group,    Bart Chase, Esq.,    450 Springfield Ave., POB 871,
                 Summit, NJ 07902-0871
516443618       Middlesex Emergency Physicians,    C/O  Acct. Rec. Mgmt.,    PO BOX 129,
                 Thorofare, NJ 08086-0129
516443617       Middlesex Emergency Phys., PA,    Healthcare Rec. Group,    POB 189053,
                 Ft. Laurderdale, FL  33318-9053
516319184      +Nayna Patel,    1381 US 1 South,    Edison, NJ 08837-2520
516319186      +Ops 9, LLC,    C/O David Faloni, Jr. Esq.,    165 Passaic Avenue,    Suite 301B,
                 Fairfield, NJ 07004-3592
516443619      +PNC Bank, NA,    Allied Interstate, LLC,    POB 4000,    Warrenton, VA 20188-4000
516319187       Ping Wang,    c/o Indink & McNamara, PC,    Princeton Park Corporate Center,    Suite 203,
                 Monmouth Junction, NJ 08852
516443620      +Rite Aid,    TRS Recovery Svc. Inc.,    5251 Westheimer,    Houston, TX 77056-5412
516319188      +Select Portfolio,    Attn Bankruptcy Dept,    PO BOX 65250,    Salt Lake City, UT 84165-0250
516443621      +Sherwin Williams,    JNR Adj. Co., Inc.,    7001 E. Fish Lake Rd., Ste. 200,
                 Maple Grove, MN 55311-2844
516334642      +Summit Medical Group,    Simon's Agency Inc,    PO Box 5026,    Syracuse NY 13220-5026
516443622      +Summit Medical Grp., PA,    ACB Receivables Mgmt., Inc.,    19 Main St., POB 350,
                 Asbury Park, NJ 07712-0350
516319190      +Surgical Practices Asociates,    C/O Pressler & Pressler.LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516443623      +Walgreen's,    CPS Security,    POB 782408,    San Antonio, TX 78278-2408
516319191      +Westgatesquare II Condominium Associatio,    C/O Judith A. Fallat, Esq.,    92 Broadway,
                 Suite 201,    Denville, NJ 07834-2733
```

```
District/off: 0312-3          User: admin             Page 2 of 2                   Date Rcvd: Jan 20, 2017
                              Form ID: 186            Total Noticed: 57


516549047      Wilmington Trust, NA,   c/o Select Portfolio Servicing, Inc.,   PO Box 65250,
                Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 20 2017 23:21:39      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 20 2017 23:21:36      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ  07102-5235
516319166     +E-mail/Text: dkretschmer@bchaselaw.com Jan 20 2017 23:21:32
                ACB Receivables Management, Inc.,   c/o Bart A. Chase, Esq.,   PO BOX 871,
                Summit, NJ  07902-0871
516319185     +E-mail/Text: compliance@sentrycredit.com Jan 20 2017 23:22:37      Nordstrom Bank,
                C/O Sentry Credit, Inc.,   2809 Grand Avenue,   Everett, WA  98201-3417
516335161      E-mail/PDF: rmscedi@recoverycorp.com Jan 20 2017 23:20:04      Orion,
                c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
516341869      E-mail/PDF: rmscedi@recoverycorp.com Jan 20 2017 23:19:51      Orion Portfolio Services LLC,
                c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami, FL  33131-1605
516319189     +E-mail/Text: clientservices@simonsagency.com Jan 20 2017 23:22:31      Summit Medical Group, Pa,
                c/o Simon's Agency, Inc.,   4963 Wintersweet Drive,   Liverpool, NY  13088-2176
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516548991      Wilmington Trust, NA
516548987      Wilmington Trust, NA, successor trustee to Citiban
516548989      Wilmington Trust, NA, successor trustee to Citiban
516319167    ##+Air-Opedic Shoe Shop, Inc d/b/a Scotts,   109 Quimby St.,   Westfield, NJ 07090-2170
                                                                                              TOTALS: 3, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2017 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo     docs@russotrustee.com
              Barbara A. Fein    on behalf of Creditor    Century 21 Main Street Realty JulieP@lobaf.com,
               lobafbk@yahoo.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD3,
               Asset-Backed Certificates, Series 2007-SD3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Dennis M. Mahoney    on behalf of Debtor Ralph P. Netta dmmahoneypa@aol.com
                                                                                              TOTAL: 5
```