UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
SCURA, WIGFIELD, HEYER & STEVENS, LLP
GUILLERMO J. GONZALEZ, ESQ. (ATTORNEY ID 076102014)
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470
(973)696-8391
Attorneys for Westgate Square II Condominium Association

In Re:

    Ralph P. Netta,

              Debtor.

Case No.: 16-32702 (KCF)

Chapter 13

Judge: Hon. Michael B. Kaplan

Hearing Date: February 22, 2017 at 10:00 a.m.

## OBJECTION TO CONFIRMATION

Westgate Square II Condominium Association (the "Association"), a secured creditor of Ralph P. Netta (the "Debtor"), and holds a valid security interest in the property located at 147 Linda Lane, Edison, New Jersey, hereby objects to the Debtor's Chapter 13 Plan of Reorganization for the following reasons:

a. The Debtor incorrectly classifies the Association claim's in Schedule D of the Petition. The Association's allowed claim is $69,751.00. The secured portion is $44,160.65 and the unsecured portion is $25,590.35. <u>See</u> Proof of Claim 2-1. The Debtor should amend Schedule D to reflect the correct classification of the Association's claim.

b. The Association is opposed to the Debtor's retention of the subject property unless the Debtor pays the Association's lien and pre and post-petition condo association fees in

full.

c. The Debtor's plan is infeasible, whereby the debtor has insufficient income to fully satisfy the Association's secured claim in the amount of $44,160.65.

**SCURA, WIGFIELD, HEYER & STEVENS, LLP**

Dated: January 31, 2017    /s/ Guillermo J. Gonzalez, Esq.
Guillermo J. Gonzalez, Esq.
Counsel to Wildflower Village Condo Association