UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-2(c)
Dennis M. Mahoney, Esq.
DMM - 4479
DENNIS M. MAHONEY, LLC
Attorney at Law
One Woodbridge Center
Suite 240
Woodbridge, NJ 07095
(732) 855-1776
Attorneys for Debtor, Ralph P. Netta

IN RE:

RALPH P. NETTA

    DEBTOR.

Order Filed on February 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 16-24790
Judge: Kathryn C. Ferguson
Hearing Date: February 22, 2017
Hearing Time: 9:00 a.m.
Chapter 13

## ORDER EXPUNGING AND VACATING PROOF OF CLAIM AND OBJECTION TO CONFIRMATION FILED BY WILMINGTON TRUST, NA

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: February 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page #:	2
Debtor:	Ralph P. Netta
Lead Case No: 16-24790
Caption:	**ORDER EXPUNGING AND VACATING PROOF OF CLAIM AND OBJECTION TO CONFIRMATION FILED BY WILMINGTON TRUST, NA**

---

THIS MATTER having been opened to the Court upon the application of the Law Office of Dennis M. Mahoney, LLC, counsel to Debtor, Ralph P. Netta, and the Court having considered the papers submitted, and for good and sufficient cause having been shown; it is

ORDERED that:

1. The Proof of Claim No. 9 in the amount of $255,165.49, with arrears of $53,741.93 and Objection to the Confirmation, which was filed by Wilmington Trust, NA, is expunged and vacated.