UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-2(c)
Dennis M. Mahoney, Esq.
DMM - 4479
DENNIS M. MAHONEY, LLC
Attorney at Law
One Woodbridge Center
Suite 240
Woodbridge, NJ 07095
(732) 855-1776
Attorneys for Debtor, Ralph P. Netta

IN RE:

RALPH P. NETTA

    DEBTOR.

Order Filed on February 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 16-24790
Judge: Kathryn C. Ferguson
Hearing Date: February 22, 2017
Hearing Time: 9:00 a.m.
Chapter 13

## ORDER EXPUNGING AND VACATING PROOF OF CLAIM AND OBJECTION TO CONFIRMATION FILED BY WILMINGTON TRUST, NA

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: February 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page #:      2
Debtor:      Ralph P. Netta
Lead Case No: 16-24790
Caption:     ORDER EXPUNGING AND VACATING PROOF OF CLAIM AND
             OBJECTION TO CONFIRMATION FILED BY WILMINGTON TRUST,
             NA

THIS MATTER having been opened to the Court upon the application of the Law Office of Dennis M. Mahoney, LLC, counsel to Debtor, Ralph P. Netta, and the Court having considered the papers submitted, and for good and sufficient cause having been shown; it is

ORDERED that:

1. The Proof of Claim No. 9 in the amount of $255,165.49, with arrears of $53,741.93 and Objection to the Confirmation, which was filed by Wilmington Trust, NA, is expunged and vacated.

United States Bankruptcy Court
District of New Jersey

In re:  
Ralph P. Netta  
     Debtor

Case No. 16-24790-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 27, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.  
db           +Ralph P. Netta,    147 Linda Lane,    Edison, NJ 08820-4509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
            Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
            Albert    Russo     docs@russotrustee.com
            Barbara A. Fein     on behalf of Creditor    Century 21 Main Street Realty JulieP@lobaf.com,
             lobafbk@yahoo.com
            Denise E. Carlon     on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
             N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD3,
             Asset-Backed Certificates, Series 2007-SD3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Dennis M. Mahoney     on behalf of Debtor Ralph P. Netta dmmahoneypa@aol.com
            Guillermo   Gonzalez     on behalf of Creditor    Westgate Square II Condominium Association
             ggonzalez@scuramealey.com,
             ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
                                                                                                   TOTAL: 6