**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Ralph P. Netta

Order Filed on February 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 16-24790 |
| Hearing Date: | 2/22/2017 |
| Judge: | Kathryn C Ferguson |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
to Expunge Claims of Century 21 Main Street Realty

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

      A motion or application having been filed on _____1/18_____, 20 \_17\_ by \_Debtor_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Ralph P. Netta  
     Debtor

Case No. 16-24790-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 27, 2017  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.  
db          +Ralph P. Netta,   147 Linda Lane,   Edison, NJ 08820-4509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:  
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
          Albert   Russo    docs@russotrustee.com  
          Barbara A. Fein    on behalf of Creditor   Century 21 Main Street Realty JulieP@lobaf.com,  
           lobafbk@yahoo.com  
          Denise E. Carlon    on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank,  
           N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD3,  
           Asset-Backed Certificates, Series 2007-SD3 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
          Dennis M. Mahoney    on behalf of Debtor Ralph P. Netta dmmahoneypa@aol.com  
          Guillermo  Gonzalez    on behalf of Creditor   Westgate Square II Condominium Association  
           ggonzalez@scuramealey.com,  
           ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com  
                                                                                                                        TOTAL: 6