UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA LLP
Guillermo Gonzalez (076102014)
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Counsel to Westgate Square II Condominium

**Order Filed on September 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: Ralph P. Netta, Debtor. | Case No.: 16-24790 |
| | Judge: Kathryn C. Ferguson |
| | Hearing Date(s): Oct. 25, 2017 at 9:00am |
| | Chapter: 13 |

Recommended Local Form    ☒ Followed    ☐ Modified

## ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: September 29, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Westgate Square II Condominium Association |
| Applicant's Counsel: | Guillermo J. Gonzalez, Esq. |
| Debtor's Counsel: | Dennis Mahoney |
| Property Involved ("Collateral"): | 147 Linda Lan, Edison, NJ 08820 |

Relief sought:   ☒   Motion for relief from the automatic stay

☐   Motion to dismiss

☐   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒   The Debtor is overdue for __8__ months, from __August 2016__ to __September 2017__.

    ☒   The Debtor is overdue for __8__ payments at $__Varies__ per month.

    ☒   The Debtor is assessed for __13__ late charges at $__30__ per month.

    ☐   Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

    Total Arrearages Due  $____$3,568.00____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒   Immediate payment shall be made in the amount of $__$3,568.00__. Payment shall be made no later than __October 6, 2017__.

    ☒   Beginning on __October 1, 2017__, regular monthly mortgage payments shall continue to be made in the amount of $__345.00__.

    ☐   Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

  ☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

  ☒ Immediate payment: Westgate Square II Condo. Assoc. c/o Executive Property Management

    PO Box 64148

    Phoenix, AZ 085082-4148

  ☒ Regular monthly payment: Westgate Square II Condo. Assoc. c/o Executive Property Management

    PO Box 64148

    Phoenix, AZ 085082-4148

  ☒ Monthly cure payment: Westgate Square II Condo. Assoc. c/o Executive Property Management

    PO Box 64148

    Phoenix, AZ 085082-4148

4. In the event of Default:

 ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

 ☒ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.  Award of Attorneys' Fees:

   ☒  The Applicant is awarded attorneys fees of $_____350_____, and costs of $_____176.00_____.

   The fees and costs are payable:

   ☒  through the Chapter 13 plan.

   ☐  to the Secured Creditor within _____ days.

   ☐  Attorneys' fees are not awarded.


/s/ Dennis M. Mahoney
_____
Dennis M. Mahoney One
Woodbridge Center
Suite 240 Woodbridge,
NJ 07095 Attorney for
the Debtor

/s/ Guillermo Gonzalez
_____
Guillermo J. Gonzalez Esq. Scura,
Wigfield, Heyer, Stevens &
Cammarota LLP
1599 Hamburg Turnpike Wayne,
NJ 07470
Attorney for the Creditor

*rev.8/1/15*

4

United States Bankruptcy Court
District of New Jersey

In re:  
Ralph P. Netta  
    Debtor

Case No. 16-24790-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 02, 2017  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.  
db          +Ralph P. Netta,    147 Linda Lane,    Edison, NJ 08820-4509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
        Albert  Russo    docs@russotrustee.com  
        Barbara  Fein    on behalf of Defendant  Century 21 Main Street Realty, Inc. JulieP@lobaf.com, BarbaraF@lobaf.com  
        Barbara A. Fein    on behalf of Creditor  Century 21 Main Street Realty JulieP@lobaf.com, BarbaraF@lobaf.com  
        Denise E. Carlon    on behalf of Creditor  Wilmington Trust, NA, successor trustee to Citibank, N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD3, Asset-Backed Certificates, Series 2007-SD3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Dennis M. Mahoney    on behalf of Plaintiff Ralph P. Netta dmmahoneypa@aol.com  
        Dennis M. Mahoney    on behalf of Debtor Ralph P. Netta dmmahoneypa@aol.com  
        Guillermo  Gonzalez    on behalf of Creditor  Westgate Square II Condominium Association ggonzalez@scuramealey.com, ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com  
                                                                                                     TOTAL: 8