| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Ralph P. Netta <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–1630 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    8/1/16 |
| Case number: | 16–24790–KCF | Date case converted to chapter: | 7    10/27/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Ralph P. Netta | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 147 Linda Lane <br> Edison, NJ 08820 | |
| 4. | **Debtor's attorney** <br> Name and address | Dennis M. Mahoney <br> One Woodbridge Center <br> Suite 240 <br> Woodbridge, NJ 07095 | Contact phone (732) 855–1776 |
| 5. | **Bankruptcy trustee** <br> Name and address | John Michael McDonnell <br> McDonnell Crowley, LLC <br> 115 Maple Ave <br> Suite 201 <br> Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | 402 East State Street<br>Trenton, NJ 08608 | Hours open: 8:30 AM – 4:00 p.m.,<br>Monday – Friday (except holidays) |
|---|---|---|---|
|  | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Contact phone 609–858–9333<br><br>Date: 10/30/17 |
| 7. | **Meeting of creditors** | **December 4, 2017 at 09:00 AM** | Location: |
|  | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
|  | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/2/18** |
|  | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-24790-KCF
Ralph P. Netta                                                         Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                  Page 1 of 3              Date Rcvd: Oct 30, 2017
                               Form ID: 309A                Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2017.
db              +Ralph P. Netta,    147 Linda Lane,    Edison, NJ 08820-4509
516319168        Angela Shih Liao,    61-30 Auton Street,    Rego Park, NY 11374
516319169       +Arthur M. Greenwald,    C/O Michael S. Harrison, Esq.,    3155 Route 10 East,    Suite 214,
                  Denville, NJ 07834-3430
516443602       +Bank of America,    First Source Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
516319170       +Bob Hering,    c/o Bob Smith & Associates,    216 Stelton Road,    Suite B-1,
                  Piscataway, NJ 08854-3284
516443603        Central Jersey Pathology Assoc.,    PO BOX 22381,    Edison, NJ 08818-2238
516481389       +Century 21 Main St Realty Inc,    Att: Barbara Fein,    20000 Horizon Way Ste 900,
                  Mt Laurel, NJ 08054-4318
516319171       +Century 21 Main Street Realty, Inc.,    239 Main Street,    Woodbridge, NJ 07095-1917
516319172       +Century 21 Nain Street Realty, Inc.,    239 Main Street,    Woodbridge, NJ 07095-1917
516319173       +Colonia Home Center,    73 Ashford Drive,    Plainsboro, NJ 08536-3640
516443604        Comprehensive Surgical Assoc.,    Williams Alexander & Assoc.,    POB 2148,
                  Wayne, NJ 07474-2148
516443605       +Direct TV,    First Nat'l Coll. Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
516443606       +Dr. Harold E. Chung-Loy,    Savit,    46 C West Ferris St., POB 250,
                  E. Brunswick, NJ 08816-0250
516319174       +Dr. Joseph Muscatiello,    C/o Mongeello, Marshall & Scialabba,LLC,    1550 Park Avenue,
                  South Plainfield, NJ 07080-5565
516319175       +Dr. Linda Neri,    225 May Street,    Suite B,    Edison, NJ 08837-3266
516443607       +Eastern Mountain Sports,    OPSQ, LLC,    Trident Asset Mgmt., LLC,    POB 888424,
                  Atlanta, GA 30356-0424
516443608       +Edison Neurologic Assoc., PA,    34-36 Progress St.,    Edison, NJ 08820-1197
516443609       +Edison Radiology Grp.,    On Line Collections,    POB 1489,    Winterville, NC 28590-1489
516443610        Edison Radiology Grp., PA,    POB 2187,    Edison, NJ 08818-2187
516374257       +Filson Corporation,    NACM Business Credit Services,    910 SW Spokane St Bldg A,
                  Seattle, WA 98134-1125
516319176       +Filson Corporation,    c/o NCAM Business Credit Services,    PO BOX 21966,
                  910 SW Spokane St., Buildig A,    Seattle, WA 98134-1125
516319177       +Geomatrix Enterprises DBA Bomer Gear,    c/o Vogel & Gast,    10 Johnson Drive,
                  Plainfield, NJ 07069-4905
516443611        Hematology Oncology Consults.,    2110 Oak Tree Rd.,    Edison, NJ 08820-1404
516319178       +Honda Financial Services,    c/o MRS Associates,    1930 Olney Avenue,
                  Cherry Hill, NJ 08003-2016
516443614       +JFK Medical Center,    Rubin & Raine of NJ, LLC,    Cranberry Commons,    446 Rt. 35, Bldg. C,
                  Eatontown, NJ 07724-4290
516443615        JP Morgan Chase,    Plaza Station,    POB 2769,    NY, NY 10116-2769
516443612        James Street Anesthisa,    Central Jersey Adj. Corp.,    POB 189,    Fanwood, NJ 07023-0189
516443613        James Street Anesthsia,    POB 824847,    Philadelphia, PA 19182-4847
516319179       +Kishore Ramchandani, MD,    c/o Michael Harrison, Esq.,    3155 Route 10 East,    Suite 214,
                  Denville, NJ 07834-3430
516319180       +Lab Saftey Supply, Inc,    c/o Goldman & Warshaw, PC,    34 Maple Avenue,    PO BOX 106,
                  Pine Brook, NJ 07058-0106
516319181       +Liberty Mountain,    c/o Barr Credit Services, Inc.,    5151 E Broadway, Blvd.,    Suite 800,
                  Tucson, AZ 85711-3775
516319182       +Maggie Netta,    147 Linda Lane,    Edison, NJ 08820-4509
516319183       +Mammut Sports Group, Inc,    C/O Fein, Such, Kahn & Shepar,    7 Century Drive,
                  Parsippany, NJ 07054-4603
516443616       +Mid Jersey Autho Group,    Bart Chase, Esq.,    450 Springfield Ave., POB 871,
                  Summit, NJ 07902-0871
516443618        Middlesex Emergency Physicians,    C/O Acct. Rec. Mgmt.,    PO BOX 129,
                  Thorofare, NJ 08086-0129
516443617        Middlesex Emergency Phys., PA,    Healthcare Rec. Group,    POB 189053,
                  Ft. Laurderdale, FL 33318-9053
516319184       +Nayna Patel,    1381 US 1 South,    Edison, NJ 08837-2520
516319186       +Ops 9, LLC,    C/O David Faloni, Jr. Esq.,    165 Passaic Avenue,    Suite 301B,
                  Fairfield, NJ 07004-3592
516443619       +PNC Bank, NA,    Allied Interstate, LLC,    POB 4000,    Warrenton, VA 20188-4000
516319187        Ping Wang,    c/o Indink & McNamara, PC,    Princeton Park Corporate Center,    Suite 203,
                  Monmouth Junction, NJ 08852
516443620       +Rite Aid,    TRS Recovery Svc. Inc.,    5251 Westheimer,    Houston, TX 77056-5412
516443621       +Sherwin Williams,    JNR Adj. Co., Inc.,    7001 E. Fish Lake Rd., Ste. 200,
                  Maple Grove, MN 55311-2844
516334642       +Summit Medical Group,    Simon's Agency Inc,    PO Box 5026,    Syracuse NY 13220-5026
516443622       +Summit Medical Grp., PA,    ACB Receivables Mgmt., Inc.,    19 Main St., POB 350,
                  Asbury Park, NJ 07712-0350
516319190       +Surgical Practices Asociates,    C/O Pressler & Pressler.LLP,    7 Entin Road,
                  Parsippany, NJ 07054-5020
516443623       +Walgreen's,    CPS Security,    POB 782408,    San Antonio, TX 78278-2408
516319191       +Westgatesquare II Condominium Associatio,    C/O Judith A. Fallat, Esq.,    92 Broadway,
                  Suite 201,    Denville, NJ 07834-2733

```
District/off: 0312-3          User: admin              Page 2 of 3                Date Rcvd: Oct 30, 2017
                              Form ID: 309A            Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: dmmahoneypa@aol.com Oct 30 2017 22:49:27     Dennis M. Mahoney,
                 One Woodbridge Center,    Suite 240,    Woodbridge, NJ  07095
tr              +EDI: BJMMCDONNELLIII.COM Oct 30 2017 22:23:00      John Michael McDonnell,
                 McDonnell Crowley, LLC,    115 Maple Ave,   Suite 201,    Red Bank, NJ 07701-1753
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2017 22:50:21     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2017 22:50:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516319166       +E-mail/Text: dkretschmer@bchaselaw.com Oct 30 2017 22:50:14
                 ACB Receivables Management, Inc.,    c/o Bart A. Chase, Esq.,    PO BOX 871,
                 Summit, NJ 07902-0871
516548988        E-mail/Text: jennifer.chacon@spservicing.com Oct 30 2017 22:51:23
                 C/O Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
516319185       +E-mail/Text: compliance@sentrycredit.com Oct 30 2017 22:51:12     Nordstrom Bank,
                 C/O Sentry Credit, Inc.,    2809 Grand Avenue,    Everett, WA 98201-3417
516335161        EDI: RECOVERYCORP.COM Oct 30 2017 22:23:00     Orion,    c/o of Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
516341869        EDI: RECOVERYCORP.COM Oct 30 2017 22:23:00     Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
516319188       +E-mail/Text: jennifer.chacon@spservicing.com Oct 30 2017 22:51:23     Select Portfolio,
                 Attn Bankruptcy Dept,    PO BOX 65250,    Salt Lake City, UT 84165-0250
516319189       +E-mail/Text: clientservices@simonsagency.com Oct 30 2017 22:51:05     Summit Medical Group, Pa,
                 c/o Simon's Agency, Inc.,    4963 Wintersweet Drive,    Liverpool, NY 13088-2176
516549047        E-mail/Text: jennifer.chacon@spservicing.com Oct 30 2017 22:51:23     Wilmington Trust, NA,
                 c/o Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 12

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516548991        Wilmington Trust, NA
516548987        Wilmington Trust, NA, successor trustee to Citiban
516548989        Wilmington Trust, NA, successor trustee to Citiban
516319167      ##+Air-Opedic Shoe Shop, Inc d/b/a Scotts,    109 Quimby St.,   Westfield, NJ 07090-2170
                                                                                              TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2017 at the address(es) listed below:
```
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Barbara  Fein    on behalf of Defendant   Century 21 Main Street Realty, Inc. JulieP@lobaf.com,
           BarbaraF@lobaf.com
          Barbara A. Fein    on behalf of Creditor   Century 21 Main Street Realty JulieP@lobaf.com,
           BarbaraF@lobaf.com
          Denise E. Carlon    on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank,
           N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD3,
           Asset-Backed Certificates, Series 2007-SD3 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Dennis M. Mahoney    on behalf of Plaintiff Ralph P. Netta dmmahoneypa@aol.com
          Dennis M. Mahoney    on behalf of Debtor Ralph P. Netta dmmahoneypa@aol.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Oct 30, 2017
                              Form ID: 309A            Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      Guillermo Gonzalez    on behalf of Creditor    Westgate Square II Condominium Association
       ggonzalez@scuramealey.com,
       ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
      John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
                                                                            TOTAL: 9

Case 16-24790-KCF    Doc 73    Filed 11/01/17    Entered 11/02/17 00:33:13    Desc Imaged
Certificate of Notice    Page 5 of 5