UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Guillermo J. Gonzalez, Esq. (Attorney ID 076102014)
Counsel to Westgate Square II Condominium Association

Order Filed on November 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ralph P. Netta,

            Debtor.

Case No.: 16-24790

Chapter: 13

Judge: KCF

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 6, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the application of __Westgate Square II Condominium Association__ for the reduction of time for a hearing on __Movant's Motion for Relief from the Automatic Stay to Exercise State Law Remedies__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __November 21, 2017__ at __10:00 a.m.__ in the United States Bankruptcy Court, __402 East State Street, Trenton, New Jersey 08608__, Courtroom No. __#8__. (Note* Hearing will be heard by Judge Kaplan)

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Trustee, Debtor and Secured Creditors__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*