UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Guillermo J. Gonzalez, Esq. (Attorney ID 076102014)
Counsel to Westgate Square II Condominium Association

Order Filed on November 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ralph P. Netta,

              Debtor.

Case No.: 16-24790

Chapter: 13

Judge: KCF

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 6, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the application of <u>Westgate Square II Condominium Association</u> for the reduction of time for a hearing on <u>Movant's Motion for Relief from the Automatic Stay to Exercise State Law Remedies</u> under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on <u>November 21, 2017</u> at <u>10:00 a.m.</u> in the United States Bankruptcy Court, <u>402 East State Street, Trenton, New Jersey 08608</u>, Courtroom No. <u>#8</u>. (Note* Hearing will be heard by Judge Kaplan)

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee, Debtor and Secured Creditors

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to the motion/application identified above:

        ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

        ☒ may be presented orally at the hearing.

    8.    ☒ Court appearances are required to prosecute the motion/application and any objections.

        ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Ralph P. Netta  
    Debtor

Case No. 16-24790-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 06, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.  
db           +Ralph P. Netta,    147 Linda Lane,    Edison, NJ 08820-4509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:

       Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Barbara   Fein     on behalf of Defendant    Century 21 Main Street Realty, Inc. JulieP@lobaf.com, BarbaraF@lobaf.com  
       Barbara A. Fein     on behalf of Creditor    Century 21 Main Street Realty JulieP@lobaf.com, BarbaraF@lobaf.com  
       Denise E. Carlon     on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD3, Asset-Backed Certificates, Series 2007-SD3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Dennis M. Mahoney     on behalf of Plaintiff Ralph P. Netta dmmahoneypa@aol.com  
       Dennis M. Mahoney     on behalf of Debtor Ralph P. Netta dmmahoneypa@aol.com  
       Guillermo   Gonzalez     on behalf of Creditor    Westgate Square II Condominium Association ggonzalez@scuramealey.com, ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com  
       John Michael McDonnell     jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com  
                                                                           TOTAL: 8