**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on November 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ralph P. Netta

| | |
|---|---|
| Case No.: | 16-24790 |
| Hearing Date: | 11/21/17 |
| Judge: | Kathryn C Ferguson |
| Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
FOR RELIEF FROM THE STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____November 3_____, 20 17  by  __Westgate Square II Condominium Assoc__  for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*