UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

 Ralph P. Netta

Order Filed on November 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 16-24790 |
| Hearing Date: | 11/21/17 |
| Judge: | Kathryn C Ferguson |
| Chapter: | 7 |

Recommended Local Form:    ☒  Followed    ☐  Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## FOR RELIEF FROM THE STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____November 3_____, 20 17  by
 Westgate Square II Condominium Assoc   for entry of an order as set forth above, all
interested parties having been duly served, the Court having considered all of the papers
submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who
entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-24790-KCF
Ralph P. Netta                                                      Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1        Date Rcvd: Nov 28, 2017
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
db             +Ralph P. Netta,    147 Linda Lane,    Edison, NJ 08820-4509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Barbara  Fein    on behalf of Defendant   Century 21 Main Street Realty, Inc. JulieP@lobaf.com,
         BarbaraF@lobaf.com
        Barbara A. Fein    on behalf of Creditor    Century 21 Main Street Realty JulieP@lobaf.com,
         BarbaraF@lobaf.com
        Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
         N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD3,
         Asset-Backed Certificates, Series 2007-SD3 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Dennis M. Mahoney    on behalf of Plaintiff Ralph P. Netta dmmahoneypa@aol.com
        Dennis M. Mahoney    on behalf of Debtor Ralph P. Netta dmmahoneypa@aol.com
        Guillermo  Gonzalez    on behalf of Creditor    Westgate Square II Condominium Association
         ggonzalez@scuramealey.com,
         ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
        John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
                                                                            TOTAL: 8