UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ralph P. Netta

Case No.: 16-24790
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

On 12/28/17, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Fersugon on February 6, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 147 Linda Lane, Edison, NJ 08820 - 330,000

Liens on property: $330,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Ave., Red Bank, NJ 07701
Telephone No.: (732) 383-7233

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 16-24790-KCF
Ralph P. Netta                                                   Chapter 7
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                  Date Rcvd: Dec 29, 2017
                              Form ID: pdf905             Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
db            +Ralph P. Netta,    147 Linda Lane,    Edison, NJ 08820-4509
cr             Westgate Square II Condominium Association,    1 Linda Lane,    Edison, NJ 08820
516319168      Angela Shih Liao,    61-30 Auton Street,    Rego Park, NY 11374
516319169     +Arthur M. Greenwald,    C/O Michael S. Harrison, Esq.,    3155 Route 10 East,    Suite 214,
                Denville, NJ 07834-3430
516443602     +Bank of America,    First Source Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
516319170     +Bob Hering,    c/o Bob Smith & Associates,    216 Stelton Road,    Suite B-1,
                Piscataway, NJ 08854-3284
516443603      Central Jersey Pathology Assoc.,    PO BOX 22381,    Edison, NJ 08818-2238
516481389     +Century 21 Main St Realty Inc,    Att: Barbara Fein,    20000 Horizon Way Ste 900,
                Mt Laurel, NJ 08054-4318
516319171     +Century 21 Main Street Realty, Inc.,    239 Main Street,    Woodbridge, NJ 07095-1917
516319172     +Century 21 Nain Street Realty, Inc.,    239 Main Street,    Woodbridge, NJ 07095-1917
516319173     +Colonia Home Center,    73 Ashford Drive,    Plainsboro, NJ 08536-3640
516443604      Comprehensive Surgical Assoc.,    Williams Alexander & Assoc.,    POB 2148,
                Wayne, NJ 07474-2148
516443605     +Direct TV,    First Nat'l Coll. Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
516443606     +Dr. Harold E. Chung-Loy,    Savit,   46 C West Ferris St., POB 250,
                E. Brunswick, NJ 08816-0250
516319174     +Dr. Joseph Muscatiello,    C/o Mongeello, Marshall & Scialabba,LLC,    1550 Park Avenue,
                South Plainfield, NJ 07080-5565
516319175     +Dr. Linda Neri,    225 May Street,    Suite B,   Edison, NJ 08837-3266
516443607     +Eastern Mountain Sports,    OPSQ, LLC,    Trident Asset Mgmt., LLC,    POB 888424,
                Atlanta, GA 30356-0424
516443608     +Edison Neurologic Assoc., PA,    34-36 Progress St.,    Edison, NJ 08820-1197
516443609     +Edison Radiology Grp.,    On Line Collections,    POB 1489,   Winterville, NC 28590-1489
516443610      Edison Radiology Grp., PA,    POB 2187,   Edison, NJ 08818-2187
516374257     +Filson Corporation,    NACM Business Credit Services,    910 SW Spokane St Bldg A,
                Seattle, WA 98134-1125
516319176     +Filson Corporation,    c/o NCAM Business Credit Services,    PO BOX 21966,
                910 SW Spokane St., Buildig A,    Seattle, WA 98134-1125
516319177     +Geomatrix Enterprises DBA Bomer Gear,    c/o Vogel & Gast,    10 Johnson Drive,
                Plainfield, NJ 07069-4905
516443611      Hematology Oncology Consults.,    2110 Oak Tree Rd.,    Edison, NJ 08820-1404
516319178     +Honda Financial Services,    c/o MRS Associates,    1930 Olney Avenue,
                Cherry Hill, NJ 08003-2016
516443614     +JFK Medical Center,    Rubin & Raine of NJ, LLC,    Cranberry Commons,    446 Rt. 35, Bldg. C,
                Eatontown, NJ 07724-4290
516443615      JP Morgan Chase,    Plaza Station,   POB 2769,    NY, NY 10116-2769
516443612      James Street Anesthisa,    Central Jersey Adj. Corp.,    POB 189,   Fanwood, NJ 07023-0189
516443613      James Street Anesthsia,    POB 824847,    Philadelphia, PA 19182-4847
516319179     +Kishore Ramchandani, MD,    c/o Michael Harrison, Esq.,    3155 Route 10 East,    Suite 214,
                Denville, NJ 07834-3430
516319180     +Lab Saftey Supply, Inc,    c/o Goldman & Warshaw, PC,    34 Maple Avenue,    PO BOX 106,
                Pine Brook, NJ 07058-0106
516319181     +Liberty Mountain,    c/o Barr Credit Services, Inc.,    5151 E Broadway, Blvd.,    Suite 800,
                Tucson, AZ 85711-3775
516319182    #+Maggie Netta,    147 Linda Lane,    Edison, NJ 08820-4509
516319183     +Mammut Sports Group, Inc,    C/O Fein, Such, Kahn & Shepar,    7 Century Drive,
                Parsippany, NJ 07054-4603
516443616     +Mid Jersey Autho Group,    Bart Chase, Esq.,    450 Springfield Ave., POB 871,
                Summit, NJ 07902-0871
516443618      Middlesex Emergency Physicians,    C/O Acct. Rec. Mgmt.,    PO BOX 129,
                Thorofare, NJ 08086-0129
516443617      Middlesex Emergency Phys., PA,    Healthcare Rec. Group,    POB 189053,
                Ft. Lauderdale, FL 33318-9053
516319184     +Nayna Patel,    1381 US 1 South,    Edison, NJ 08837-2520
516319186     +Ops 9, LLC,    C/O David Faloni, Jr. Esq.,    165 Passaic Avenue,    Suite 301B,
                Fairfield, NJ 07004-3592
516443619     +PNC Bank, NA,    Allied Interstate, LLC,    POB 4000,   Warrenton, VA 20188-4000
516319187      Ping Wang,    c/o Indink & McNamara, PC,    Princeton Park Corporate Center,    Suite 203,
                Monmouth Junction, NJ 08852
516443620     +Rite Aid,    TRS Recovery Svc. Inc.,    5251 Westheimer,    Houston, TX 77056-5412
516443621     +Sherwin Williams,    JNR Adj. Co., Inc.,    7001 E. Fish Lake Rd., Ste. 200,
                Maple Grove, MN 55311-2844
516334642     +Summit Medical Group,    Simon's Agency Inc,    PO Box 5026,    Syracuse NY 13220-5026
516443622     +Summit Medical Grp., PA,    ACB Receivables Mgmt., Inc.,    19 Main St., POB 350,
                Asbury Park, NJ 07712-0350
516319190     +Surgical Practices Asociates,    C/O Pressler & Pressler.LLP,    7 Entin Road,
                Parsippany, NJ 07054-5020
516443623     +Walgreen's,    CPS Security,    POB 782408,    San Antonio, TX 78278-2408
516319191     +Westgatesquare II Condominium Associatio,    C/O Judith A. Fallat, Esq.,    92 Broadway,
                Suite 201,   Denville, NJ 07834-2733
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Dec 29, 2017
                              Form ID: pdf905          Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 29 2017 22:59:45      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 29 2017 22:59:40      United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
516319166       +E-mail/Text: dkretschmer@bchaselaw.com Dec 29 2017 22:59:35
                   ACB Receivables Management, Inc.,   c/o Bart A. Chase, Esq.,    PO BOX 871,
                   Summit, NJ 07902-0871
516548988        E-mail/Text: jennifer.chacon@spservicing.com Dec 29 2017 23:01:11
                   C/O Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
516319185       +E-mail/Text: compliance@sentrycredit.com Dec 29 2017 23:00:58      Nordstrom Bank,
                   C/O Sentry Credit, Inc.,    2809 Grand Avenue,    Everett, WA 98201-3417
516335161        E-mail/PDF: rmscedi@recoverycorp.com Dec 29 2017 23:06:35     Orion,
                   c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
516341869        E-mail/PDF: rmscedi@recoverycorp.com Dec 29 2017 23:06:35     Orion Portfolio Services LLC,
                   c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
516319188       +E-mail/Text: jennifer.chacon@spservicing.com Dec 29 2017 23:01:11      Select Portfolio,
                   Attn Bankruptcy Dept,    PO BOX 65250,   Salt Lake City, UT 84165-0250
516319189       +E-mail/Text: clientservices@simonsagency.com Dec 29 2017 23:00:50      Summit Medical Group, Pa,
                   c/o Simon's Agency, Inc.,   4963 Wintersweet Drive,    Liverpool, NY 13088-2176
516549047        E-mail/Text: jennifer.chacon@spservicing.com Dec 29 2017 23:01:11      Wilmington Trust, NA,
                   c/o Select Portfolio Servicing, Inc.,   PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516548991        Wilmington Trust, NA
516548987        Wilmington Trust, NA, successor trustee to Citiban
516548989        Wilmington Trust, NA, successor trustee to Citiban
516319167     ##+Air-Opedic Shoe Shop, Inc d/b/a Scotts,   109 Quimby St.,    Westfield, NJ 07090-2170
                                                                                   TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
         Barbara  Fein    on behalf of Defendant   Century 21 Main Street Realty, Inc. JulieP@lobaf.com,
          BarbaraF@lobaf.com
         Barbara A. Fein    on behalf of Creditor    Century 21 Main Street Realty JulieP@lobaf.com,
          BarbaraF@lobaf.com
         Denise E. Carlon    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
          N.A., trustee, in trust for registered holders of Bear Stearns Asset Backed Securities 2007-SD3,
          Asset-Backed Certificates, Series 2007-SD3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Dennis M. Mahoney    on behalf of Plaintiff Ralph P. Netta dmmahoneypa@aol.com
         Dennis M. Mahoney    on behalf of Debtor Ralph P. Netta dmmahoneypa@aol.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Dec 29, 2017
                              Form ID: pdf905          Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Guillermo Gonzalez   on behalf of Creditor   Westgate Square II Condominium Association ggonzalez@scuramealey.com, ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com

        John Michael McDonnell   jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com

        TOTAL: 8